ACCEPTED
01-15-00210-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/2/2015 11:04:12 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00210-CV

*IN THE*

*FIRST COURT OF APPEALS*

*HOUSTON, TEXAS*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/2/2015 11:04:12 AM
CHRISTOPHER A. PRINE
Clerk

FRANCISCO CALLEJA-AHEDO

Appellant

V.

COMPASS BANK

Appellee

On Appeal from the 55th District Court
Harris County, Texas.

Trial Cause No. 2014-22168

**AGREED MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S REPLY BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW, Appellant Francisco Calleja-Ahedo and files this agreed motion for extension of time to file his Appellant's Reply Brief and would show:

Appellant's Reply Brief is due on November 12, 2015. Mr. O'Connor is presently restricted in his work and other activities and cannot complete the brief by November 12, 2015 due to ongoing health issues. See Doctor's letter attached hereto. In addition, Appellant's

attorney has had to postpone trials and arbitrations, which are now reset for later in November and require substantial time and effort. Appellant's attorney is unable to complete Appellant's Brief under such circumstances, which requires dealing with numerous issues and record review.

WHERFORE, Appellant requests a thirty (30) day extension, until December 12, 2015, to file Appellant's Reply Brief.

Respectfully Submitted,

**O'CONNOR, CRAIG, GOULD & EVANS**

By: /s/ Michael C. O'Connor_____
      Michael C. O'Connor
      State Bar No. 15187000
      2825 Wilcrest Dr., Suite 261
      Houston, TX 77042
      713-266-3311
      713-953-7513 (fax)

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that he has conferenced by e-mail with Pat Huttenbach, attorney for Appellee, who has agreed to this Motion.

By: /s/ Michael C. O'Connor_____
      Michael C. O'Connor

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record by electronic service in accordance with Rule 21a on this 2nd day of November, 2015.

By: /s/ Michael C. O'Connor_____
      Michael C. O'Connor